```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

                                  *
                                  *
UNITED STATES OF AMERICA,         *
   Ex rel. [Under Seal],          *   CIV. NO. GJH-16-3779
            Plaintiffs            *   FILED UNDER SEAL
                                  *
      v.                          *
                                  *
[UNDER SEAL],                     *
                                  *
                                  *
            Defendants            *
                                  *

      *     *     *     *    ***     *     *     *     *
```

# FILED UNDER SEAL

```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA; and    *
THE STATE OF MARYLAND; and the   *
DISTRICT OF COLUMBIA,            *
  Ex rel. STEVEN PRINGLE,        *
                                 *  CIVIL ACTION NO. GJH-16-3779
           Plaintiffs            *  FILED UNDER SEAL
                                 *
                                 *   DO NOT PLACE IN PRESS BOX
     v.                          *   DO NOT ENTER IN PACER
                                 *
DR. MUBASHAR CHOUDRY,            *
JAVED CHOUDRY,                   *
DR. MOHSIN IJAZ,                 *
WASHINGTON CARDIOVASCULAR        *
INSTITUTE, et al.,               *
                                 *
           Defendants            *
                                 *
                                 *

     *    *    *    *    ***    *    *    *    *
```

**UNITED STATES' NOTICE OF ELECTION TO
INTERVENE IN PART FOR PURPOSES OF EFFECTUATING
SETTLEMENT AND TO DECLINE TO INTERVENE IN PART**

Pursuant to the False Claims Act, 31 U.S.C. 3730(b)(2) and (4), the United States hereby notifies the Court of its decision to intervene in this action against Mubashar Choudry, Washington Cardiovascular Institute, Advanced Vascular Resources, and Washington Vascular Institute (collectively, "WCI Defendants") for the purpose of effectuating settlement of that part of the action which alleges that the WCI Defendants violated the False Claims Act by providing free ankle-brachial index testing to referring physician offices in exchange for patient referrals, in violation

2

of the Anti-Kickback Statute (AKS), 42 U.S.C. § 1320a-7b(b). The United States declines to intervene as to Relator's remaining claims. Contingent upon the WCI Defendants complying with certain of the terms and conditions of the Settlement Agreement (included herewith as Attachment A) now executed amongst the parties, the United States anticipates joining Relator in dismissing this action.

The United States requests that Relator's Complaint, this Notice of Election to Intervene in Part for Purposes of Effectuating Settlement and to Decline to Intervene in Part, and the attached proposed Order **be unsealed**. The United States requests that all other papers already on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone solely for the purpose of evaluating whether the seal and time for making an election to intervene should be extended. The United States requests that the seal be lifted on all matters occurring in this action after the date of the Court's Order on this Notice.

A proposed Order accompanies this Notice.

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General
        Civil Division

        ROBERT K. HUR  
        United States Attorney

By:   /s/  
        TARRA DeSHIELDS (Bar No. 07749)  
        Assistant United States Attorney  
        Office of the United States Attorney  
        36 South Charles Street, 4th Floor  
        Baltimore, Maryland  21201  
        Tel: (410) 209-4800

        ANDY J. MAO  
        SARA McLEAN  
        MICHAEL A. HOFFMAN  
        Attorneys, Civil Division  
        United States Department of Justice  
        P.O. Box 261, Ben Franklin Station  
        Washington, DC 20044  
        Tel: (202) 353-1271

        Counsel for the United States

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April, 2020, a copy of the foregoing United States' Notice of Election to Intervene in Part for Purposes of Effectuating Settlement and Declining to Intervene in Part was sent by electronic mail to:

Erik D. Snyder
Passman & Kaplan, P.C.
1828 L Street, N.W., Suite 600
esnyder@passmanandkaplan.com
Washington, DC 20036
*Counsel for Relator Steven Pringle*

```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA; and    *
THE STATE OF MARYLAND; and the   *
DISTRICT OF COLUMBIA,            *
  Ex rel. STEVEN PRINGLE,        *
                                 *   CIVIL ACTION NO. GJH-16-3779
            Plaintiffs           *   FILED UNDER SEAL
                                 *
                                 *    DO NOT PLACE IN PRESS BOX
     v.                          *    DO NOT ENTER IN PACER
                                 *
DR. MUBASHAR CHOUDRY,            *
JAVED CHOUDRY,                   *
DR. MOHSIN IJAZ,                 *
WASHINGTON CARDIOVASCULAR        *
INSTITUTE, et al.,               *
                                 *
            Defendants           *
                                 *
                                 *

         *   *   *   *   ***     *    *    *    *
```

**ORDER**

The United States having intervened in part of this action for purposes of effectuating settlement and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. ▯ 3730(b)(2) and (4), the Court rules as follows:

**IT IS ORDERED** that,

1. This Order be unsealed and the Orders corresponding to the Notices to Decline Intervention filed on behalf of the State of Maryland and the District of Columbia also be unsealed;

2. The Relator's Complaint in the above-captioned action be unsealed;

3.   The United States' Notice of Election to Intervene in Part for Purposes of Effectuating Settlement and to Decline to Intervene in Part be unsealed; and

4.   All other papers or Orders on file in this matter predating the execution date of this Order shall remain under seal;

5. The seal shall be lifted on all matters occurring in this action **after** the date of this Order; and it is further

**ORDERED**, that the Clerk of the Court shall provide an executed copy of this Order to counsel for the Government and counsel for the relator.

**IT IS SO ORDERED**, this _____ day of April, 2020.

_____
George J. Hazel
United States District Judge

**Clerk, Copies of Executed Order to:**

Erik D. Snyder
Passman & Kaplan, P.C.
1828 L Street, N.W., Suite 600
esnyder@passmanandkaplan.com
Washington, DC 20036
*Counsel for Relator Steven Pringle*

    and

Tarra DeShields
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201-2692
(410) 209-4800

ANDY J. MAO
SARA McLEAN
MICHAEL A. HOFFMAN

2

Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-1271

*Counsel for the United States of America*